Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **AUDRA J. PAUL,** | **CASE NO.  16-41058-JMM** |
| **Debtor(s).** | |

## TRUSTEE'S MOTION TO DISMISS FOR MATERIAL DEFAULT OR IN THE ALTRENATIVE TO MODIFY CONFIRMED PLAN

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, and as for her Motion to Dismiss or Modify the Confirmed Plan sates as follows:

1.  Debtor(s) filed a voluntary petition for relief under Chapter 13 on November 18, 2016. Debtor's plan was confirmed on January 12, 2017. Debtor's confirmed plan does not pay her creditors 100% of their allowed claims.

2.  Pursuant to the terms of the confirmed plan Debtor was to make the current monthly mortgage payments owed to Nationstar Mortgage in the approximate amount of $729 per month. Trustee was to pay the pre-petition mortgage default of $7,558.

3.  On June 17, 2020, Nationstar Mortgage filed a motion for relief from the automatic stay indicating Debtor owed post-petition payments due on and after March 1, 2020 (docket no. 41).  An order was entered on July 13, 2020 granting relief from the automatic stay.

4.  On information and belief, Debtor has not made any mortgage payments since March 1, 2020. Said default is material.  Debtor(s) has/have failed to comply with the terms of the plan.

5.  Debtor's failure to make her mortgage payments resulted in increased disposable income to the Debor that was not used to fund her plan to the detriment of her unsecured creditors.

6.  Trustee has been advised that the property is currently in foreclosure and that Debtor has listed the property for sale for approximately $258,900.  The proceeds from the sale of Debtor's resident would be sufficient to pay the liens, closing costs and the balance owed to the unsecured creditors. Trustee would not be opposed to a plan modification permitting Debtor to sell her residence and paying the balance due to her unsecured creditors.  Said amount is approximately $5,500.

 WHEREFORE, Trustee respectfully requests that Debtor(s) case be dismissed for material default pursuant to the terms of the confirmed plan. In the alternative the plan should be modified such that Debtor may sell her residence, payoff the liens and turnover sufficient proceeds from the sale of her residence to pay all creditors 100% of allowed claims.

DATED:  June 22, 2021

 /s/  Kathleen McCallister
Kathleen McCallister, Trustee

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 22, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

KAMERON M YOUNGBLOOD
Attorney at Law
youngbloodlaw@gmail.com

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Audra Paul
452 Goldfinch Ave.
Twin Falls, ID 83301

  **/s/** Kathleen McCallister
Kathleen McCallister, Trustee